# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **USA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**RANDALL WALKER HOLLAND**<br><br>    Defendant. | **ORDER TO SHOW CAUSE**<br><br>Case No. 2:24-cr-00197-001-DAK<br><br>Judge Dale A. Kimball |

    On September 12, 2024, the court ordered counsel to take one of the following actions by September 17, 2024: (1) File a motion to continue trial complying with DUCrimR 12-1(*l*); (2) Contact Judge Kimball's chambers to set a change of plea hearing; or (3) File a notice on the docket that the parties intend to proceed to trial as scheduled or on another firm trial date. Counsel did not respond. On September 18, 2024, the court issued a second order directing counsel to respond by September 20, 2024. Once again counsel did not respond.

    IT IS HEREBY ORDERED that counsel for the defendant and the government shall respond to this Order on or before September 25, 2024, by taking one of the three actions outlined above. Failure to respond will result in sanctions for repeatedly failing to follow court orders.

    DATED this 23rd day of September 2024.

                                                         BY THE COURT:

                                                         DALE A. KIMBALL<br>
                                                         United States District Judge