IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : FILED<br>2024 OCT 15 PM 2:58<br>: CLERK | |
| Plaintiff, | U.S. DISTRICT COURT<br>: | **ORDER FOR<br>PSYCHOSEXUAL<br>EXAMINATION & TESTING** |
| | : | |
| **Randall Walker Holland**<br>**Defendant** | DOCKET NO. 1088 2:24CR00197-001<br>:<br>: | |

It appears that psychosexual examination and testing of the defendant is necessary in order that a more complete presentence report may be prepared pursuant to Rule 32(c) of the Federal Rules of Criminal Procedure.

IT IS THEREFORE ORDERED that the defendant submit to an examination conducted by a qualified practitioner as directed by the Probation Office to provide information to the Court pursuant to 5 U.S.C. § 3109.

IT IS FURTHER ORDERED that investigative information may be released to the provider for purposes of testing and evaluation.

IT IS FURTHER ORDERED that the United States Probation Office shall pay all reasonable and necessary expenses from funds allocated for such purposes.

DATED this  15th  day of  October , 2024

BY THE COURT:

Honorable **Dale A. Kimball**
United States District Judge